A05A0151. THOMAS et al. v. GASTROENTEROLOGY
ASSOCIATES OF GAINESVILLE, P.C. et al.
(637 SE2d 207)

MILLER, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court of Georgia in *Thomas v. Gastroenterology Assoc. of Gainesville*, 280 Ga. 698 (632 SE2d 118) (2006), our decision in *Thomas v. Gastroenterology Assoc. of Gainesville*, 273 Ga. App. 618 (616 SE2d 455) (2005), is hereby vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Blackburn, P. J., and Bernes, J., concur.*

DECIDED AUGUST 22, 2006.

*Steven L. Beard, Charles M. Cork III*, for appellants.
*Forrester & Brim, James E. Brim III*, for appellees.